DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROLAND G. PALMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-926

[July 6, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 99-22572 CF10A.

Roland G. Palmer, Panama City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

*　　　*　　　*

***Not final until disposition of timely filed motion for rehearing.***